UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMANUEL SCHMALZ, on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  -against-<br><br>SOVEREIGN BANCORP, INC., ET AL.,<br><br>       Defendants. | CA No.: 08-civ-00857 (WD) |
| GAIL WENTWORTH, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  -v.-<br><br>SOVEREIGN BANCORP, INC., ET AL.,<br><br>       Defendants. | CA No.: 08-cv-01991 (WD) |

## **STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the plaintiffs and counsel for defendants, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action and all claims asserted therein are hereby discontinued with prejudice as against defendants without fees, costs or other

disbursements to either party against the other, including releasing any claims any party may have against another or another's attorneys stemming from this action. Plaintiffs also hereby waive all rights of appeal respecting any rulings in this action entered prior to this stipulation.

Dated: January 9, 2013

LAW OFFICES OF
BERNARD M. GROSS P.C.

_____
Deborah R. Gross (DG-639)
Suite 450, John Wannamaker Building
100 Penn Square East
Philadelphia, PA 19107
Telephone: (215) 561-3600


HARWOOD FEFFER LLP

_____
Peter W. Overs, Jr. (*admitted pro hac vice*)
Robert I. Harwood (*admitted pro hac vice*)
488 Madison Avenue, 8th Floor
New York, New York  10005
Telephone: (212) 935-7400

STEMBER FEINSTEIN DOYLE
   & PAYNE, LLC



_____
Stephen M. Pincus
Ellen M. Doyle (*admitted pro hac vice*)
William T. Payne
John Stember
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone: (412) 281-8400

*Attorneys for Plaintiffs*

Dated: January 8, 2013

REED SMITH LLP

_____
John F. Smith, III, Esquire
Shannon E. McClure, Esquire
Alexis G. Cocco, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone:  (215) 851-8100

*Attorneys for Defendants*

disbursements to either party against the other, including releasing any claims any party may have against another or another's attorneys stemming from this action. Plaintiffs also hereby waive all rights of appeal respecting any rulings in this action entered prior to this stipulation.

Dated: January ⏐, 2013

LAW OFFICES OF
BERNARD M. GROSS, P.C.

/s/ Deborah R. Gross

Deborah R. Gross (DG-639)
Suite 450, John Wannamaker Building
100 Penn Square East
Philadelphia, PA 19107
Telephone: (215) 561-3600

HARWOOD FEFFER LLP

_____

Peter W. Overs, Jr. (*admitted pro hac vice*)
Robert I. Harwood (*admitted pro hac vice*)
488 Madison Avenue, 8th Floor
New York, New York 10005
Telephone: (212) 935-7400

STEMBER FEINSTEIN DOYLE
  & PAYNE, LLC

_____

Stephen M. Pincus
Ellen M. Doyle (*admitted pro hac vice*)
William T. Payne
John Stember
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 281-8400

Dated: January __, 2013

REED SMITH LLP

_____

John F. Smith, III, Esquire
Shannon E. McClure, Esquire
Alexis G. Cocco, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 851-8100

*Attorneys for Defendants*

disbursements to either party against the other, including releasing any claims any party may have against another or another's attorneys stemming from this action. Plaintiffs also hereby waive all rights of appeal respecting any rulings in this action entered prior to this stipulation.

Dated: January 9, 2013

LAW OFFICES OF
BERNARD M. GROSS P.C.

_____
Deborah R. Gross (DG-639)
Suite 450, John Wannamaker Building
100 Penn Square East
Philadelphia, PA 19107
Telephone: (215) 561-3600

HARWOOD FEFFER LLP

_____
Peter W. Overs, Jr. (*admitted pro hac vice*)
Robert I. Harwood (*admitted pro hac vice*)
488 Madison Avenue, 8th Floor
New York, New York 10005
Telephone: (212) 935-7400


STEMBER FEINSTEIN DOYLE
& PAYNE, LLC
& KRAVEC

_____
Stephen M. Pincus
Ellen M. Doyle (*admitted pro hac vice*)
William T. Payne
John Stember
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 281-8400

Dated: January __, 2013

REED SMITH LLP


_____
John F. Smith, III, Esquire
Shannon E. McClure, Esquire
Alexis G. Cocco, Esquire
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 851-8100

*Attorneys for Defendants*